39 A.3d 994

**Jamal McNEIL, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 140 EM 2011.**

Supreme Court of Pennsylvania.

March 8, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of March, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Mandamus and/or Extraordinary Relief is **DE-NIED.**